IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WORD CHURCH INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:10-CV-02133-TCB |
| v. | ) ) ) | |
| CITIZENS TRUST BANK | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## **NOTICE OF APPEARANCE**

COME NOW Oni A. Holley and the law firm of Molden Holley & Thompson, LLC, and pursuant to LR 83.1D, NDGa., enter an appearance as counsel of record for Defendant Citizens Trust Bank ("Defendant") in the above-captioned matter. Counsel is admitted to practice before the United States District Court for the Northern District of Georgia, and is in good standing with this Court and the State Bar of Georgia.

The undersigned respectfully requests that the Clerk of this Court enter her appearance as counsel upon the docket of this case for service of all notices, orders, pleadings and other papers from the Court.

Respectfully submitted this 23rd day of July, 2010.

                        Molden Holley & Thompson, LLC

                        <u>s/Oni A. Holley</u>
                        Oni A. Holley
                        Georgia Bar No. 362227
                        225 Peachtree Street N.E.
                        Suite 1900
                        Atlanta, Georgia 30303
                        Telephone: (404) 324-4500
                        Facsimile: (404)324-4501
                        Email: oholley@moldenholley.com

                        Counsel for Defendant Citizens Trust Bank

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WORD CHURCH INTERNATIONAL, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL ACTION NO.<br>) 1:10-CV-02133-TCB |
| v. | )<br>)<br>) |
| CITIZENS TRUST BANK | )<br>) |
| Defendant. | )<br>) |
| _____ | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2010, I electronically filed this NOTICE OF APPEARANCE using the CM/ECF system, which will automatically send email notification to the following attorney of record:

      Grady Roberts
      Roberts Law, LLC
      191 Peachtree Street, NE
      Suite 3300
      Atlanta, GA 30303
      Email: groberts@robertslawllc.com

        s/ Oni A. Holley
        Oni A. Holley
        Georgia Bar No. 362227