IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WORD CHURCH INTERNATIONAL, INC., ) ) ) Plaintiff, ) ) ) v. ) ) ) CITIZENS TRUST BANK, ) ) Defendant. ) ) | CIVIL ACTION NO.: 1:10-CV-02133-TCB |

## CITIZENS TRUST BANKS' REQUEST FOR ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(b), Citizen's Trust Bank, Defendant and Plaintiff in Counterclaim (hereinafter "CTB"), hereby requests that the Clerk of the Court enter default in this matter against Word Church International, Inc., Plaintiff and Defendant in Counterclaim, (hereinafter "WCI") showing as follows:

1.

On July 26, 2010, CTB filed its Answer to WCI's Complaint for Damages and Counterclaims ("Answer and Counterclaim") using the Court's CM/ECF system. Through the CM/ECF system, WCI's attorney of record,

Grady L. Roberts, was served with CTB's Answer and Counterclaim. True and correct copies of the Certificate of Service and the electronic mail confirmation of filing and service of the answer is attached hereto as Exhibit A.

2.

Under Fed. R. Civ. P. 12(a)(1)(B), "a party must serve an answer to a counterclaim or crossclaim within 21 days after being served with the pleading that states the counterclaim or crossclaim."

3.

Despite the fact that WCI was served with CTB's Answer and Counterclaim more than 21 days ago, WCI has failed to plead, defend, or otherwise respond to CTB's counterclaims. Further, WCI is a corporate entity represented by counsel and is, therefore, neither a minor nor an incompetent person.

4.

In its Answer and Counterclaim, CTB seeks a judgment for affirmative relief against WCI for breach of contract arising from WCI's default on its agreement to repay a commercial loan it obtained from CTB and attorney's fees and costs. CTB's claims are for a sum certain or a sum that could be

made certain by computation. See Affidavit of Frederick L. Daniels, Jr., attached hereto as Ex. B.

WHEREFORE, Citizens Trust Bank respectfully requests that the Clerk of the Court enter a judgment in its favor and against WCI in the amount of $173, 565.01 plus attorney's fees and costs in the amount of $9,061.03.

Respectfully submitted this 15th day of September, 2010.

>Molden Holley & Thompson, LLC
>
>s/Oni A. Holley
>Oni A. Holley
>Georgia Bar No. 362227
>225 Peachtree Street N.E.
>Suite 1900
>Atlanta, Georgia 30303
>Telephone: (404) 324-4500
>Facsimile: (404)324-4501
>Email: oholley@moldenholley.com
>
>Counsel for Defendant Citizens Trust Bank

CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this Request for Entry of Default complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the Northern District of Georgia, and that the Request has been typed in Times New Roman 14 point.

>s/Oni A. Holley
>Oni A. Holley
>Georgia Bar No. 362227

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| WORD CHURCH INTERNATIONAL, INC., | ) |
|---|---|
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| | ) 1:10-CV-02133-TCB |
| v. | ) |
| CITIZENS TRUST BANK, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2010, I electronically filed this CITIZENS TRUST BANK'S REQUEST FOR ENTRY OF DEFAULT using the CM/ECF system, which will automatically send email notification to the following attorney of record:

>Grady Roberts
>Roberts Law, LLC
>191 Peachtree Street, NE
>Suite 3300
>Atlanta, GA 30303
>Email: groberts@robertslawllc.com

>s/ Oni A. Holley
>Oni A. Holley
>Georgia Bar No. 362227